Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
hayes@hugheshubbard.com

**08 CV 03075**

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

KEVIN PITCHER,                                  :

                                                :

                              Plaintiff,        :

                                                :

              -against-                         :

                                                :

MERCK & CO., INC.,                              :

                                                :

                              Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - x



Rule 7.1 Statement

         Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable

judges and magistrate judges of the court to evaluate possible disqualification or recusal,

the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no

parent companies and is not aware of any beneficial owner of more than ten percent of its

Common Stock.

Dated: New York, New York
      March 25, 2008

                              Respectfully submitted,

                              HUGHES HUBBARD & REED LLP


                              By: *Vilia B. Hayes*
                              _____
                                  Theodore V. H. Mayer
                                  Vilia B. Hayes
                                  Robb W. Patryk
                                  hayes@hugheshubbard.com

                              One Battery Park Plaza
                              New York, New York 10004-1482
                              (212) 837-6000

                              *Attorneys for Defendant Merck & Co., Inc.*

60249974-1                    2